**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

QUINN POINDEXTER,

        Petitioner,        Case Number: 05-CV-71607

v.        HONORABLE AVERN COHN

RAYMOND BOOKER,

        Respondent.
_____/

## ORDER DENYING RESPONDENT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING PETITIONER'S MOTION FOR RELEASE PENDING APPEAL

This is a habeas corpus case pursuant to 28 U.S.C. § 2254. On May 30, 2007, this Court issued an Opinion and Order Conditionally Granting Petition for Writ of Habeas Corpus. Respondent has appealed. On September 20, 2007, the Court granted Petitioner's motion for bond pending appeal and released Petitioner from custody with conditions.

Before the Court is Respondent's Motion for Reconsideration of Petitioner's Release on Bond Pending Appeal. For the reasons stated on record at the hearing on October 25, 2007, the motion is DENIED.

SO ORDERED.

Dated: October 26, 2007        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, October 26, 2007, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160