UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINN POINDEXTER,

        Petitioner,

v.

RAYMOND BOOKER,

        Respondent.
_____/

CIVIL ACTION NO. 05-71607

DISTRICT JUDGE AVERN COHN

## ORDER GRANTING IN PART AND DENYING IN PART PETITIONER'S MOTION TO MODIFY CONDITIONS OF RELEASE

On January 20, 2009 the Court held a hearing on the Petitioner's Motion to Modify Conditions of Release.  For the reasons stated on the record,

**IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**. The conditions of pretrial release are amended as follows:

    The petitioner shall report to the Pretrial Services Officer bi-weekly via telephone;

    The condition of a curfew is removed;

    The travel restriction is lifted and the petitioner must notify the Pretrial Services Officer in sufficient time of any travel plans.

IT IS FURTHER ORDERED that the State of Michigan will assume the costs of electronic monitoring for the remaining ninety days, beginning on February 01, 2009.  If the costs of electronic monitoring is not assumed by the State of Michigan, the condition

of electronic monitoring will be removed.

    SO ORDERED.


Dated:  January 20, 2009           s/Avern Cohn
                                      AVERN COHN
                                      UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 20, 2009, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                       Case Manager, (313) 234-5160