UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QUINN POINDEXTER,

        Petitioner,

CIVIL ACTION NO.05-71607
DISTRICT JUDGE AVERN COHN

v.

RAYMOND BOOKER,

        Respondent.
_____/

## ORDER TERMINATING THE CONDITIONS OF PRETRIAL RELEASE

On September 20, 2009 the Court granted the Petitioner's request for bond after granting his Petition for Writ of Habeas Corpus. The Court's decision was appealed and on January 09, 2009, the Sixth Circuit Court of Appeals issued a mandate affirming the decision.

The respondent had ninety days after disposition of the appeal to schedule a new trial or the petitioner would be unconditionally released. To date the respondent has not provided the Court with any notification regarding the scheduling of a new trial. Therefore,

IT IS HEREBY ORDERED that the conditions of pretrial release are TERMINATED and the bond EXONERATED.

SO ORDERED.

Dated: April 14, 2009          s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 14, 2009, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160